

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 4393 | **DATE** | 6/27/2003 |
| **CASE TITLE** | Corrina Spaulding vs. Joanne Barnhart | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. For the foregoing reasons, plaintiff's petition to proceed in forma pauperis is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUN 3 0 2003 | |
| | Notified counsel by telephone. | | date docketed | 5 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 03 JUN 27 AM 9:13 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| CORRINA SPAULDING, | ) | | |
| | ) | | |
| Plaintiff, | ) | | **DOCKETED** |
| | ) | | |
| vs. | ) | No. 03 C 4393 | JUN 3 0 2003 |
| | ) | | |
| JOANNE BARNHART, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Corrinda Spaulding brought this action to review a final decision by the Commissioner of Social Security. Along with her complaint, plaintiff filed a petition to proceed *in forma pauperis*. For the following reasons, plaintiff's petition is granted.

Pursuant to 28 U.S.C. § 1915(a) we may authorize a plaintiff to proceed *in forma pauperis* if she demonstrates an inability to pay the required costs and fees. Plaintiff's petition indicates that she has no job or regular means of income and that she supports two children. We find that she has shown her inability to pay the costs.

As part of a petition to proceed *in forma pauperis*, we conduct a preliminary review of petitioner's claims and dismiss the complaint if we determine that the action is frivolous or malicious, it fails to state a claim, or it seeks damages from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii); Alston v DeBruyn, 13 F.3d 1036, 1039 (7th Cir. 1994). We review the claim, using the same standard as a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Zimmerman v. Tribble, 226 F.3d 568, 571 (7th Cir. 2000). Pursuant to Federal Rule of Civil Procedure 12(b)(6), we dismiss a claim only if it



appears beyond a doubt that there exist no facts to support the allegations. Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

Plaintiff asks us to review a decision made by an Administrate Law Judge on April 25, 2003. That decision became final after 60 days and we now have jurisdiction to review the decision pursuant to 42 U.S.C. § 405(g). Plaintiff has exhausted her administrative remedies and we find no reason why the claim is otherwise frivolous or malicious.

### CONCLUSION

For the foregoing reasons, plaintiff's petition to proceed *in forma pauperis* is granted.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 27, 2003.